| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

AMBER MANNING, §
    Plaintiff, §
§
*versus* § CASE NO. 1:18-CV-00386-MAC
§
FCA US LLC, CHRYSLER MOTORS LLC, §
    Defendant. §

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On October 9, 2018, United States Magistrate Judge Zack Hawthorn entered a report (Doc. No. 12) recommending dismissal of this case without prejudice for failure to prosecute under FED. R. CIV. P. 41(b) due to Plaintiff Amber Manning's failure to comply with a court order to appear at a Rule 26 management conference. *See* Doc. No. 9. No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 12) is **ADOPTED**, and Manning's claims are dismissed without prejudice.

SIGNED at Beaumont, Texas, this 30th day of October, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE